KOTONE WEST, AIMEE BOWYER,    CASE NO.: 8:09-cv-2098-T-33TBM
KAREN ASH, MARVIN DIAZ,
MICHELLE SIMPSON, SHARON
WOOSLEY, AND MICHAEL
KINNEY, ON BEHALF OF
THEMSELVES AND THOSE
SIMILARLY SITUATED,

    Plaintiffs,

vs.

ADVANTIS REAL ESTATE
SERVICES COMPANY, a Florida
Corporation, ADVANTIS
CONSTRUCTION COMPANY, a
Florida Corporation, ADVANTIS
HOLDINGS, LLC, a Delaware
Limited Liability Company,
JEFFREY T. NEAL, Individually, and
ROBERT L. BRUMM, Individually,

    Defendants.         /

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED and ADJUDGED that judgment is entered in favor of

Plaintiff, KEITH PIERCE, against Defendants, ADVANTIS REAL ESTATE

SERVICES COMPANY, a Florida Corporation, ADVANTIS CONSTRUCTION

COMPANY, a Florida Corporation, ADVANTIS HOLDINGS, LLC, a Delaware

1

Limited Liability Company, JEFFREY T. NEAL, Individually, and ROBERT L. BRUMM, Individually, jointly and severally, in the amount of $524.00 in unpaid minimum wages and unpaid overtime wages and $524.00 in liquidated damages, for a total of $1,048.00, which shall accrue interest at the rate prescribed by 28 U.S.C. § 1961, for which sum let execution issue.

Date: JUN 2 4 2010

SHERYL L. LOESCH, CLERK

By: _Jennifer D Bowman_

Copies furnished to:
Counsel of Record
Unrepresented Parties