IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KOTONE WEST, AIMEE BOWYER, KAREN ASH, MARVIN DIAZ, MICHELLE SIMPSON, SHARON WOOSLEY, AND MICHAEL KINNEY, ON BEHALF OF THEMSELVES AND THOSE SIMILARLY SITUATED,

Plaintiffs,

vs.

ADVANTIS REAL ESTATE SERVICES COMPANY, a Florida Corporation, ADVANTIS CONSTRUCTION COMPANY, a Florida Corporation, ADVANTIS HOLDINGS, LLC, a Delaware Limited Liability Company, JEFFREY T. NEAL, Individually, and ROBERT L. BRUMM, Individually,

Defendants.            /

CASE NO.: 8:09-cv-2098-T-33TBM

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff, RONALD PULSIFER, against Defendants, ADVANTIS REAL ESTATE SERVICES COMPANY, a Florida Corporation, ADVANTIS CONSTRUCTION COMPANY, a Florida Corporation, ADVANTIS HOLDINGS, LLC, a Delaware

1

Limited Liability Company, JEFFREY T. NEAL, Individually, and ROBERT L. BRUMM, Individually, jointly and severally, in the amount of $576.80 in unpaid minimum wages and unpaid overtime wages and $576.80 in liquidated damages, for a total of $1,153.60, which shall accrue interest at the rate prescribed by 28 U.S.C. § 1961, for which sum let execution issue.

Date: JUN 2 4 2010

SHERYL L. LOESCH, CLERK

By: _____

**Copies furnished to:**
**Counsel of Record**
**Unrepresented Parties**